**Opinion issued December 22, 2016**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-16-00635-CV

————————————

## IN RE TEXAS TECHNICAL SERVICES, INC., Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relator, Texas Technical Services, Inc., has filed a petition for writ of mandamus challenging the denial of its motion to abate or stay the underlying proceeding based upon dominant jurisdiction.[1] The petition is **denied**. We lift the stay of proceedings imposed by our August 12, 2016 order.

---

[1]  The underlying case is *Parking Guidance Systems, LLC v. Texas Technical Services, Inc.*, cause number 2014-16785, pending in the 133rd District Court of Harris County, Texas, the Honorable Jaclanel McFarland presiding.

# PER CURIAM

Panel consists of Justices Massengale, Brown, and Huddle.